No. 26-1740

---

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

NEW HAMPSHIRE YOUTH MOVEMENT, *Plaintiff-Appellee*

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *Defendant-Appellant*

---

COALITION FOR OPEN DEMOCRACY; LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE; THE FORWARD FOUNDATION; MCKENZIE NYKAMP TAYLOR; DECEMBER RUST; MILES BORNE; A.M., by his next friend Russell Muirhead; and L.M., by her next friend Russell Muirhead, *Plaintiffs-Appellees*

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State; and John M. Formella, in his official capacity as New Hampshire Attorney General, *Defendants-Appellants*

---

Appeal from the United States District Court for the District of New Hampshire

---

**ASSENTED-TO MOTION TO EXTEND DEADLINE FOR DEFENDANT-APPELLANTS TO FILE OPENING BRIEF**

---

JOHN M. FORMELLA
*Attorney General*

ANTHONY J. GALDIERI
*Solicitor General*

MATTHEW T. BROADHEAD
*Associate Attorney General*

MICHAEL P. DEGRANDIS
*Assistant Attorney General*

New Hampshire Department of Justice
1 Granite Place South, Concord, NH 03301
(603) 271-3650

Defendant-Appellants, Attorney General John Formella and Secretary of State David Scanlan, by and through undersigned counsel, the New Hampshire Department of Justice, pursuant to the Court's July 27, 2026 Briefing Notice and subsequent to the Court's granting Defendant-Appellants' first Motion to Extend Time (August 26, 2026), upon this timely motion for good cause shown herein, respectfully request a fourteen (14) day extension to their October 8, 2026 deadline to file their merits brief in this matter. In support of their motion, Defendant-Appellants aver as follows:

Defendant-Appellants have good cause to make this request. *See* Fed. R. App. P. 27(a)(2)(A). This is an appeal of two consolidated cases involving seven plaintiffs, each with unique facts and complex legal arguments, implicating many important matters of constitutional law. Accordingly, Defendant-Appellants require additional time to file their merits brief.

For the foregoing reasons, Defendant-Appellants respectfully request that the Court extend the deadline to file their merits brief by fourteen (14) days, to October 22, 2026. Undersigned counsel requested and received Plaintiff-Appellees' assent to this Motion and the relief it requests, with the understanding that Defendant-Appellants will assent to a reciprocal extension in the event one is requested by the Plaintiff-Appellees.

Respectfully submitted,

APPELLANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: October 1, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, Bar No. 1173755
Associate Attorney General
Anthony J. Galdieri, Bar No. 1175480
New Hampshire Solicitor General
Michael P. DeGrandis
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
anthony.j.galdieri@doj.nh.gov
michael.p.degrandis@doj.nh.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit established by Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 196 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20166) 64-bit in 14-point Times New Roman typeface.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Participants in the case are represented by registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis