No. 26-1740

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

NEW HAMPSHIRE YOUTH MOVEMENT, *Plaintiff-Appellee*

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *Defendant-Appellant*

---

COALITION FOR OPEN DEMOCRACY; LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE; THE FORWARD FOUNDATION; MCKENZIE NYKAMP TAYLOR; DECEMBER RUST; MILES BORNE; A.M., by his next friend Russell Muirhead; and L.M., by her next friend Russell Muirhead, *Plaintiffs-Appellees*

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State; and John M. Formella, in his official capacity as New Hampshire Attorney General, *Defendants-Appellants*

---

Appeal from the United States District Court for the District of New Hampshire

---

# CORRECTED ASSENTED-TO MOTION TO ENLARGE WORD LIMIT FOR APPELLANTS' OPENING BRIEF

---


JOHN M. FORMELLA
*Attorney General*

ANTHONY J. GALDIERI
*Solicitor General*

MATTHEW T. BROADHEAD
*Associate Attorney General*

MICHAEL P. DEGRANDIS
*Assistant Attorney General*

New Hampshire Department of Justice
1 Granite Place South, Concord, NH 03301
(603) 271-3650

This is an appeal of two cases consolidated by the district court for a 9-day trial, involving seven plaintiffs, each with unique facts that they allege both confer standing and are sufficient to satisfy their burdens on the merits of their claims. Appellants require additional words to adequately explain where the district court erred and why the First Circuit Court of Appeals should reverse the district court's judgment. Appellants respectfully request enlargement of the 13,000-word limit for their forthcoming opening brief.[1] *See* Fed. R. App. P. 32(a)(7)(B).

Appellants have good cause to make this request. Their appeal raises novel and complex questions of federalism and constitutional law. Among the important issues raised on appeal are the bounds of New Hampshire's constitutional authority to administer its elections; the character and magnitude of the State's interest in election integrity; the operation of Supreme Court Article III standing doctrine; and the scope of a federal court's equitable authority.

For the foregoing reasons, Appellants respectfully request enlargement of the word limit to 21,000 words. Undersigned counsel requested and received Appellees' assent to this Motion and the relief it requests.

Respectfully submitted,

APPELLANTS DAVID M. SCANLAN,
in his official capacity as New Hampshire

---

[1] Appellants file this Corrected Assented-To Motion at the Court's request. Appellants' October 9, 2026 Motion contained a typographical error identifying a forthcoming motion, rather than the forthcoming Appellants' Brief.

Secretary of State and JOHN M. FORMELLA, in his official capacity as New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: October 14, 2026

*/s/ Michael P. DeGrandis*

Matthew T. Broadhead, Bar No. 1173755
Associate Attorney General
Anthony J. Galdieri, Bar No. 1175480
New Hampshire Solicitor General
Michael P. DeGrandis
Assistant Attorney General
matthew.t.broadhead@doj.nh.gov
anthony.j.galdieri@doj.nh.gov
michael.p.degrandis@doj.nh.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion to Enlarge complies with the word limit established by Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 251 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20166) 64-bit in 14-point Times New Roman typeface.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system.  Participants in the case are represented by registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis