No. 26-1740

---

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

NEW HAMPSHIRE YOUTH MOVEMENT, *Plaintiff-Appellee*

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State, *Defendant-Appellant*

---

COALITION FOR OPEN DEMOCRACY; LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE; THE FORWARD FOUNDATION; MCKENZIE NYKAMP TAYLOR; DECEMBER RUST; MILES BORNE; A.M., by his next friend Russell Muirhead; and L.M., by her next friend Russell Muirhead, *Plaintiffs-Appellees*

v.

DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State; and John M. Formella, in his official capacity as New Hampshire Attorney General, *Defendants-Appellants*

---

Appeal from the United States District Court for the District of New Hampshire

---

# ASSENTED-TO MOTION TO EXTEND DEADLINE FOR DEFENDANT-APPELLANTS TO FILE OPENING BRIEF

---

JOHN M. FORMELLA
*Attorney General*

ANTHONY J. GALDIERI
*Solicitor General*

MATTHEW T. BROADHEAD
*Associate Attorney General*

MICHAEL P. DEGRANDIS
*Assistant Attorney General*

New Hampshire Department of Justice
1 Granite Place South, Concord, NH 03301
(603) 271-3650

Defendant-Appellants, Attorney General John Formella and Secretary of State David Scanlan, by and through counsel, the New Hampshire Department of Justice, for good cause shown herein, respectfully request a fifteen (15) day extension to their October 22, 2026 deadline to file their merits brief. In support of this Assented-To Motion, Defendant-Appellants aver as follows:

Defendant-Appellants' merits brief is due October 22, 2026. The Defendant-Appellants have been working diligently to finalize their brief by this extended deadline. Given the size of the record, competing litigation obligations (including other time-sensitive litigation in the lead-up to the 2026 general election), and unanticipated absences from the office, the Defendant-Appellants require a final further extension to finalize and file their brief. The Defendant-Appellants respectfully request that the Court extend the deadline to file their merits brief by fifteen (15) days, to November 6, 2026. The Defendant-Appellants do not anticipate seeking any further extension of this deadline.

Undersigned counsel requested and received Plaintiff-Appellees' assent to a fifteen-day extension, with the understanding that Defendant-Appellants will assent to a reciprocal extension if one is requested by the Plaintiff-Appellees.

Respectfully submitted,

APPELLANTS DAVID M. SCANLAN, in his official capacity as New Hampshire Secretary of State and JOHN M.

FORMELLA, in his official capacity as
New Hampshire Attorney General

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date: October 21, 2026

*/s/ Michael P. DeGrandis*

Anthony J. Galdieri, Bar No. 1175480
New Hampshire Solicitor General
Matthew T. Broadhead, Bar No. 1173755
Associate Attorney General
Michael P. DeGrandis, Bar No. 1218329
Assistant Attorney General
anthony.j.galdieri@doj.nh.gov
matthew.t.broadhead@doj.nh.gov
michael.p.degrandis@doj.nh.gov

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the word limit established by Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 180 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20166) 64-bit in 14-point Times New Roman typeface.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Participants in the case are represented by registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Michael P. DeGrandis*
Michael P. DeGrandis