# United States Court of Appeals
## For the First Circuit

No. 26-1740

NEW HAMPSHIRE YOUTH MOVEMENT; COALITION FOR OPEN DEMOCRACY; LEAGUE OF WOMEN VOTERS OF NEW HAMPSHIRE; THE FORWARD FOUNDATION; MILES BORNE; RUSSELL MUIRHEAD, as father and next friend of Alexander Muirhead and Lila Muirhead,

Plaintiffs - Appellees,

MCKENZIE NYKAMP TAYLOR; DECEMBER RUST; STEVEN BORNE, as father and next friend of Miles Borne,

Plaintiffs,

v.

DAVID M. SCANLAN, in the official capacity as New Hampshire Secretary of State; JOHN M. FORMELLA, in the official capacity as New Hampshire Attorney General,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 21, 2026

Upon consideration, Appellants David M. Scanlan and John M. Formella's motion to file an oversized opening brief not to exceed 21,000 words is allowed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette, John T. Montgomery, Henry R. Klementowicz, Patrick T. Roath, Chelsea Eddy, Sophia Lin Lakin, Geoffrey M. Atkins, Jacob Van Leer, Ming Cheung, Ethan Herenstein, Maria Danielle Savarese, Alex Hayden DiLalla, Davin McKay Rosborough, Stephanie A. Ainbinder, Matthew T. Broadhead, Anthony J. Galdieri, Michael P. DeGrandis, Richard J. Lehmann, Thomas R. McCarthy, Steven J. Dutton, David Robert Fox, Connor Walsh Harding, Desiree M. Pelletier, Tyler L. Bishop, Brandon Michael Hayes